AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California



FILED
OCT 1 8 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Daniel Wayne Benner | ) | |
| | ) | 2:19 MJ - 1 7 3   CKD |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 3-5, 2019__ in the county of __Sacramento__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252(a)(2) | Distribution of Child Pornography. |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

Approved as to form  /s/ Chint Mch
AUSA C. McCall

_____
Complainant's signature

Scott A.H. Schofield, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/18/2019

_____
Judge's signature

City and state: Sacramento, California

Carolyn K. Delaney, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Scott A. Schofield, do swear and affirm as follows:

## I.   INTRODUCTION AND PURPOSE FOR AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against Daniel Wayne BENNER for Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2). The statements contained in this affidavit are based on my experience and training as a Special Agent of the Federal Bureau of investigations and the information provided to me by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that BENNER violated Title 18, United States Code § 2252(a)(2), distribution of child pornography.

## II.   AGENT BACKGROUND

2. I have been employed as an FBI Special Agent since 2004, and am currently assigned to the Violent Crimes Against Children Squad in the Sacramento Division. While employed by the FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have received training in the area of identifying and investigating child pornography and child exploitation crimes, and as part of my duties have observed and reviewed numerous examples of child pornography in all forms of media, including computer media. In the course of my employment, I have participated in hundreds of investigations in connection with child exploitation matters. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, 2252A, and 2422(b), and I am authorized by the Attorney General to swear out criminal complaints and arrest suspects who have committed federal crimes.

1

### III. FACTS ESTABLISHING PROBABLE CAUSE

3. The Little Rock FBI conducted an investigation of a subject located in Arkansas (hereinafter referred to as Subject #1). The information in the following three paragraphs was related to me by a Special Agent from Little Rock FBI, both verbally and via written reports.

4. An online undercover operation was conducted utilizing the Kik Messenger application. Subject #1 communicated with an online undercover employee (UC#1) and distributed child pornography to UC#1 during these conversations. A search warrant was executed and Subject #1's cellular phone was seized and searched.

5. During this search, SA Hurst observed a Kik conversation between Subject #1 and a Kik account with username "hornylonely2005." This conversation took place July 3, 2019 through July 5, 2019. Through additional investigation, I believe this account is owned by DANIEL WAYNE BENNER (see Paragraphs 19-26 below). This conversation read, in part:

| | |
|---|---|
| Subject #1: | How young do you have? |
| Hornylonely2005: | Right now 12 but I am trying to rebuild |
| Subject #1: | Care to share? |
| Hornylonely2005: | You got some to trade |
| Subject #1: | Not very many |
| Hornylonely2005: | [Sends variety of pornographic pictures and videos] |
| … | |
| Subject #1: | Did max tell you not to post young? |
| Hornylonely2005: | Yep |
| | Hes a admin so I have to respect his wishes |
| … | |
| Hornylonely2005: | [Sends video file to Subject #1 depicting child pornography] |

6. The FBI agent in Little Rock was unable to view the video file hornylonely2005 sent to Subject #1. However, the Kik Messenger app displays video files by placing a picture in the conversation with a play button in the middle. This picture is a still picture displaying a scene from the video. This is similar to a

2

"thumbnail" picture on a computer, but is often larger on the phone screen. The FBI agent in Little Rock observed that this still picture depicted a topless minor white female lying on her back as an adult male masturbates over her. The FBI agent in Little Rock captured a video of his review of the phone, which I have viewed. I concur that the still picture representing the video sent by hornylonely2005 to Subject #1 depicted child pornography.

7. Sacramento FBI computer personnel extracted the above-described Kik conversation from Subject #1's phone. The conversation is dated from July 3 to July 5, 2019. The extraction reveals additional messages and files that are not depicted in the video of the FBI agent in Little Rock conducting a manual review of the phone. The messages have an indicator that they were deleted. This situation can result in someone who is manually reviewing the phone not seeing the deleted messages, but the messages are visible when the phone is reviewed forensically.

8. Among the additional files hornylonely2005 sent to Subject #1 were four additional files depicting child pornography, also within the July 3, to July 5, 2019 timeframe:

   a. A color image depicting a pre-pubescent girl lying on her back on a bed. Only the bottom half of her face is visible. An adult man's legs can be seen in a position suggesting he is having vaginal or anal sex with the girl, though this cannot be seen in the image.

   b. A color image of a minor girl's face lying on a brightly colored pillow or blanket. The girl is clearly asleep. An adult male can be seen masturbating his penis which is held close to the sleeping girl's mouth.

   c. A color image file depicting an adult penis inserted into a pre-pubescent girl's anus.

   d. A color image of an adult penis being inserted into an infant or toddler's vagina.

9. Little Rock FBI personnel issued an Administrative Subpoena to Kik Interactive for subscriber and IP log information regarding Kik account hornylonely2005. Kik returned results stating the following:

   a. The user-supplied name on the account was Lonely Girl.

b. The email on the account was lonelygirl.2005007@gmail.com.

c. The account was registered on July 2, 2019 from an IP address that resolves to the MetroPCS mobile network. [Note: MetroPCS is now part of the T-Mobile network.]

d. When the account was registered, the app was installed on an LG K20 phone (model LGMP260), which is a cellular phone running the Android operating system.

e. From July 3, 2019 to July 6, 2019, the account was accessed by various Mobile LTE IP addresses resolving to T-Mobile and IP address 73.90.96.52, resolving to Comcast.

10. An Administrative Subpoena was served on Comcast for subscriber information related to IP address 73.90.96.52 on July 3 and 4, 2019. The service address for this account on these dates was DANIEL WAYNE BENNER's home address in Orangevale, California, although he was not the listed subscriber. Subsequent investigation revealed that DANIEL WAYNE BENNER resided at that address with multiple other adults, one of whom was the listed Comcast subscriber.

11. BENNER's publicly-accessible Facebook profile also includes a picture of a My Little Pony costume with a caption reading "Rainbow dash is looking to come to your birthday party and she brings candy and music and you can feed her / Contact me for quotes / She will travel anywhere in Sacramento county."

12. On October 17, 2019, a federal magistrate judge authorized a residential search warrant for BENNER's address. On October 18, 2019, the search warrant was executed. Agents seized a LG K20 cellular phone that belonged to BENNER.

13. I interviewed BENNER, along with another law enforcement officer, following *Miranda* advisements.

a. BENNER admitted to owning an LG K20 phone, which he used for child pornography trading. BENNER said that his first LG K20 phone was damaged and he threw it away and he replaced it with a new phone of the same model. BENNER estimated that he replaced his prior LG K20 phone around August of 2019. He installed Kik on the first LG K20 phone using account hornylonely2005. BENNER admitted that he was the sole user of both of the LG K20 phones (the one agents did not locate and the

one we seized on October 18, 2019). BENNER said that he used Kik Messenger account hornylonely2005 until Kik shut down that account. When asked why Kik shut the account down, BENNER said he did not know, but indicated that it was probably because Kik figured out what he was doing with the account. BENNER said that he installed a new Kik account on his new LG K20 phone.

  b. BENNER admitted that he was the sole user of email account lonelygirl.2005007@gmail.com.

  c. BENNER admitted that there would be files of child pornography on his current phone. BENNER said that he would sometimes delete his child pornography collection, but then he would sometimes start recollecting. BENNER denied sexual contact with a child, other than conduct which led to a 2006 conviction in Superior Court in California.

  e. BENNER said he had previously worked as a janitor at a nearby preschool. BENNER denied sexual contact with any children at the preschool, and said he worked at the preschool after [operating] hours.

  f. BENNER admitted that he received a significant amount of files of children involved in sexual activity from a particular user on Kik messenger. He said that he later blocked that user from contacting him on Kik messenger, but utilized those files to trade for additional child pornography files from other users. He located those other users by searching Kik groups using search terms like send-to-receive and yng. He opined that Kik observed this activity and that's why the account was shut down.

  g. BENNER said that he had lived at the residence in Orangevale for almost seven years.

  h. When asked about sending child pornography files in early July of 2019, BENNER did not specifically remember those Kik messenger chats.

  i. When asked about the My Little Pony costume and proposed birthday party work shown on his Facebook profile, BENNER said that he and two friends were going to start a birthday party business. BENNER was supposed to be the person in the costume. However, they were unable to secure any customers.

  14. Pursuant to the search warrant, agents conducted a limited forensic preview of BENNER's LG K20 phone outside his residence. Agents found, in the photo

5

gallery of the phone, a folder titled "young." In that folder, agents found various files of child pornography, including files depicting pre-pubescent victims. Agents observed that Kik messenger was installed on the new phone, with a new Kik user account. Agents observed numerous Kik messenger conversations, but have not yet had time to review those conversations. Agents did not locate the specific conversation listed in paragraph 5 above, with the suspect in Arkansas. This is consistent with BENNER throwing out his old LG phone.

## IV. CONCLUSION

15. Based on the aforementioned facts and information, there is probable cause to believe that on or about July 3-5, 2019, in the Eastern District of California and elsewhere, DANIEL WAYNE BENNER knowingly distributed child pornography in violation of Title 18, United States Code § 2252(a)(2).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Scott A.H. Schofield
Special Agent, Federal Bureau of Investigations

Subscribed and sworn before me on:

10/18/2019
Date

HON. CAROLYN K. DELANEY
U.S. MAGISTRATE JUDGE

6