AO 442 (Rev. 11/11) (modified) Arrest Warrant

1100 24 64

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
OCT 29 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America
v.

Daniel Wayne Benner

)
)  Case No.
)
)         2:19 MJ - 1 7 3 ____ CKD ___
)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Daniel Wayne Benner                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2), Distribution of Child Pornography

Date: 10/18/2019

_____
*Issuing officer's signature*

City and state: Sacramento, California

Carolyn K. Delaney, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* OCT 18 2019 , and the person was arrested on *(date)* 10/18/19
at *(city and state)* Orangevale, CA .

Date: 10/21/19

_____
*Arresting officer's signature*

Scott A.H. Schofield, Special Agent, FBI
*Printed name and title*